BEFORE THE FIRST DIVISION, APRIL 10, 1963

**No. 67588.**—Fred Bronner Corp. *v.* United States, protest 60/22925 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiff was sustained.